UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CR-11-1D(4)

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **INDICTMENT** |
| MIRIAM PEREZ ROBLEDO | |

The Grand Jury charges that:

On or about July 28, 2016, in the Eastern District of North Carolina, the defendant, MIRIAM PEREZ ROBLEDO, an alien, did knowingly make a false statement and claim that she was a citizen of the United States in order to register to vote in a Federal election, in violation of Title 18, United States Code, Section 1015(f).

A TRUE BILL

**REDACTED VERSION**
Pursuant to the E-Government Act and the
federal rules, the unredacted version of
this document has been filed under seal.

FOREPERSON

1-6-2021
DATE

ROBERT J. HIGDON, JR.
United States Attorney

BY: SEBASTIAN KIELMANOVICH
Assistant United States Attorney